**AUSTIN T. RACE and his wife, ANNA B. RACE v. GEORGE M. POWELL.**

15 So. (2nd) 59                June Term, 1943
September 21, 1943               Division B

*Bentley & Shafer,* for petitioners.

*Sherman T. Taylor,* for respondent.

PER CURIAM:

Petition for certiorari denied. See Section 67.03 Florida Statutes, 1941.

It is so ordered.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.